UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mark Shane Bishop and<br>Jessica Lynn Leasure, | Civil No:  11-1393 (RHK/JJK) |
| Plaintiffs,<br>vs. | **ORDER FOR<br>PARTIAL DISMISSAL** |
| Deputy Dale Glazier, in his<br>individual and official capacities,<br>and Freeborn County, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Partial Dismissal With Prejudice (Doc. No. 24), **IT IS ORDERED** that **PARTIAL DISMISSAL WITH PREJUDICE** be entered as to the following claims and parties:

1. Count Two as to the claim of "unreasonable seizure and excessive force against Freeborn County;

2. Count Five as to "intentional infliction of emotional distress against Deputy Glazier and Freeborn County under Minnesota law";

3. Count Six as to "negligent infliction of emotional distress against Deputy Glazier and Freeborn County under Minnesota law";

4. Count Seven as to "negligent infliction of emotional distress against Deputy Glazier and Freeborn County under Minnesota law";

5. Any and all claims asserted by Plaintiff Jessica Lynn Leasure.

Dated:  April 25, 2012

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge